Date: 12/18/09

# DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 08-11037 - JAMES, PETITA LASHUN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Pierson & Windle DDS**<br>co Calvin Dean Homolka II<br>200 E First Ste 542<br>Wichita KS 67202<br>   (5-1) 06-1056 | 000005 | 36.22 | 1.08 |
| **Southwest Medical Center**<br>co ARSI<br>200 W Wyatt Earp Blvd<br>PO Box 136<br>Dodge City KS 67801<br>   (6-1) medical services rendered | 000006 | 159.08 | 4.72 |
| **Family Practice of Liberal**<br>co ARSI<br>200 W Wyatt Earp Blvd<br>PO Box 136<br>Dodge City KS 67801<br>   (8-1) medical services rendered | 000008 | 36.00 | 1.07 |
| **Balfour Company**<br>co ARSI<br>200 W Wyatt Earp Blvd<br>PO Box 136<br>Dodge City KS 67801<br>   (9-1) non sufficient check | 000009 | 23.50 | 0.70 |
| ---------- Remittance Total ---------------- | | 254.80 | 7.57 |

STEVEN L. SPETH, Trustee

FILED
AT WICHITA, KS
DEC 21 2009
CLERK
U.S. Court of Bankruptcy
By_____Deputy

Case 08-11037   Doc# 27   Filed 12/21/09   Page 1 of 2

COURTI                                            Printed: 12/18/09 09:36 AM   Ver: 15.05a

```
UNITED STATES
BANKRUPTCY CT-KANSAS

        Wichita Division

 # 00126939 - WV
 December 21, 2009  A

 Code    Case #    Qty     Amount

 SMALL DI 08-11037            1.00 CH
   Debtor - JAMES
 SMALL DI 08-11037            4.72 CH
 SMALL DI 08-11037            1.07 CH
 SMALL DI 08-11037            0.70 CH


 TOTAL∅         7.57



 FROM: Steven L. Speth
       300 West Douglas
       Suite 230
       Wichita, KS 67202
```